# Order

Michigan Supreme Court
Lansing, Michigan

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144906 & (35)

DERRICK ALLISON,
        Plaintiff-Appellant,

v

                                SC: 144906
                                COA: 306340

VICTORIA HOOD,
        Defendant-Appellee.

                                Ingham CC: 11-000360-CZ

_____/

      On order of the Court, the application for leave to appeal the March 1, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for disqualification of circuit court and Court of Appeals judges is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

d0716